HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JARET E. HARRINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARET E. HARRINGTON,<br><br>Defendant. | Case No. 6:17-po-00441-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jaret E. Harrington, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for May 19, 2020.

On June 18, 2019, Honorable Jeremy D. Peterson sentenced Mr. Harrington to a term of 12 months unsupervised probation and to pay a fine and special assessments totaling $600.00. Mr. Harrington has paid his fine in full and is in compliance with all terms of his sentence of probation.  The undersigned defense counsel respectfully moves the court to vacate the review hearing.  The government does not object.

//

//

//

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | McGREGOR W. SCOTT<br>United States Attorney |
| 4 Dated:  May 14, 2020 | */s/ Susan St. Vincent* |
| 5 | SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
| 6 | Yosemite National Park |
| 7 | |
| 8 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | |
| 10 Dated: May 14, 2020 | */s/ Benjamin A. Gerson* |
| 11 | BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant |
| 12 | JARET E. HARRINGTON |

Harrington – Stipulation to
Vacate Review Hearing                    2

ORDER

Based on the parties' joint representation that Mr. Harrington is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:17-po-00441-JDP scheduled for May 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE

Harrington – Stipulation to
Vacate Review Hearing                                    3